**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**LEVELLE D. BROWN**                                                              **CIVIL ACTION NO.**

**VERSUS**

**23-250-JWD-EWD**

**DENIS MCDONOUGH, ET AL.**

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Report and Recommendation of the Magistrate Judge issued on December 28, 2023 (Doc. 15), to which no objection was filed,

IT IS ORDERED that the Complaint, filed by Plaintiff Levelle D. Brown, and all claims asserted therein, shall be DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>January 17, 2024</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**